| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Francisco** First Name | **Juan** Middle Name | **Chavez** Last Name |
| Debtor 2 (Spouse if, filing) | **Celeste** First Name | **Kristiana** Middle Name | **Chavez** Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW MEXICO | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7   12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Newrez LLC**<br><br>Description of property securing debt: **1695 Camino Corona Los Lunas, NM 87031 Valencia County 4 Bedrooms 2.5 Baths Subject to lien held by Newrez and US Eagle FCU** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br><br>**Keep current on payments without reaffirmation** | ☐ No<br><br>■ Yes |
| Creditor's name: **Sandia Area Federal Credit Union**<br><br>Description of property securing debt: **2023 Toyota Sequoia 59674 miles Subject to lien held by Sandia Area FCU for the approximate amount of $64,149** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Creditor's **US Eagle Federal Credit Union** | ☐ Surrender the property. | ☐ No |

Official Form 108        Statement of Intention for Individuals Filing Under Chapter 7        page 1

Case 24-10984-j7    Doc 5    Filed 09/18/24    Entered 09/18/24 13:53:50 Page 1 of 2

| Debtor 1 | Francisco Juan Chavez | | Case number (if known) | |
| Debtor 2 | Celeste Kristiana Chavez | | | |

| | | | |
|---|---|---|---|
| name: | | ☐ Retain the property and redeem it. | ■ Yes |
| Description of property securing debt: | 1695 Camino Corona Los Lunas, NM 87031 Valencia County 4 Bedrooms 2.5 Baths Subject to lien held by Newrez and US Eagle FCU | ☐ Retain the property and enter into a Reaffirmation Agreement. ■ Retain the property and [explain]: Keep current on payments without reaffirmation | |
| Creditor's name: | US Eagle Federal Credit Union | ■ Surrender the property. ☐ Retain the property and redeem it. ☐ Retain the property and enter into a Reaffirmation Agreement. ☐ Retain the property and [explain]: | ■ No ☐ Yes |
| Description of property securing debt: | 2020 Ram 2500 Subjected to lein held by US Eagle for the approximate amount of $53,845 | | |

**Part 2: List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | | Will the lease be assumed? |
|---|---|---|
| Lessor's name: | T-Mobile | ☐ No ■ Yes |
| Description of leased Property: | Cellphone contract | |
| Lessor's name: | Xfinity | ☐ No ■ Yes |
| Description of leased Property: | Internet contract | |

**Part 3: Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X /s/ Francisco Juan Chavez
Signature of Debtor 1
Date 9/18/2024

X /s/ Celeste Kristiana Chavez
Signature of Debtor 2
Date 9-18-24